UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 05-1046(E)  DSF | Date | March 27, 2008 |
|---|---|---|---|

| Present: The Honorable | DALE S. FISCHER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| PAUL PIERSON | NOT PRESENT | DANIEL SAUNDERS<br>KEVIN LALLY<br>(NOT PRESENT) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) ANTHONY PELLICANO | NOT | X | | 1) PRO SE | | | |
| 2) MARK ARNESON | NOT | | X | 2) CHAD HUMMEL | NOT | | X |
| 3) RAYFORD EARL TURNER | NOT | | X | 3) MONA SOO HOO | NOT | | X |
| 4) KEVIN KACHIKIAN | NOT | | X | 4) ADAM BRAUN | NOT | | X |
| 6) ABNER NICHERIE | NOT | | X | 6) LAWRENCE SEMENZA | NOT | | X |

| **Proceedings:** | (In Chambers) | Order DENYING Ex Parte Application by Third-Party Taylor Thomson to File Motion Under Seal |
|---|---|---|

The Court has received a motion to intervene and to limit testimony of Pamela Miller filed by third-party Taylor Thomson. Along with the motion, Thomson has filed an ex parte application to file the motion under seal. The Court notes that the filing is deficient as no proposed order was submitted for the ex parte application to file under seal. See L.R. 79-5.1; L.Cr.R. 57-1 (local civil rules applicable if no equivalent local criminal rule exists). In any event, the Court sees no reason to file this motion under seal.

The ex parte application to file under seal is DENIED. The submitted materials are to be returned to Thomson unfiled.

IT IS SO ORDERED.

Initials of Deputy Clerk: PDP